John A. Girardi (State Bar No. 54917)
(jgirardi@girardikeese.com)
GIRARDI KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
Telephone:  (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiff Robert Burger

James A. Bruen (State Bar No. 43880)
jbruen@fbm.com
Sandra A. Edwards (State Bar No. 154578)
sedwards@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Katharine R. Latimer (admitted *pro hac vice*)
klatimer@hollingworthllp.com
Martin C. Calhoun (admitted *pro hac vice*)
mcalhoun@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone: (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant Novartis Pharmaceuticals Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BAYHI and ROBERT BURGER,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 2:14-cv-00885-TLN-DAD<br><br>**STIPULATION AND ORDER STAYING FURTHER PROCEEDINGS PENDING RULING ON SUMMARY JUDGMENT MOTION** |

Pursuant to Local Rule 143(b), all parties hereby stipulate and seek an order as follows:

## RECITALS

**WHEREAS**, defendant Novartis Pharmaceuticals Corporation ("Novartis") filed a summary judgment motion on July 30, 2014.  *See* Novartis' Notice of Motion and Motion for Summary Judgment Based on Statute of Limitations (ECF No. 23).

**WHEREAS**, Novartis' summary judgment motion, if granted, will dispose of all claims alleged in this lawsuit.

**WHEREAS**, Novartis' summary judgment motion has been noticed for hearing on September 11, 2014.

**WHEREAS**, the Court previously directed the parties to confer about and submit a joint status report.  *See* Order Requiring Joint Status Report (ECF No. 13).

**WHEREAS**, the parties agree that, in the interest of conserving resources, it is appropriate to stay all further proceedings in this lawsuit (including submitting a joint status report) – except for any hearing on Novartis' pending summary judgment motion and any deadlines for further briefing on that motion – until the Court has ruled on that motion.

## STIPULATION

**THEREFORE**, the parties hereby stipulate and request that the Court stay all further proceedings in this lawsuit (including submitting a joint status report) – except for any hearing on Novartis' pending summary judgment motion and any deadlines for further briefing on that motion – until the Court has ruled on that motion.

/////
/////
/////
/////
/////
/////
/////

STIPULATION & ORDER STAYING FURTHER PROCEEDINGS - No. 2:14-cv-00885-TLN-DAD

- 1 -

/////

DATED:  August 4, 2014

Respectfully submitted,

/s/ John A. Girardi
John A. Girardi (State Bar No. 54917)
(jgirardi@girardikeese.com)
  GIRARDI KEESE
  1126 Wilshire Blvd.
  Los Angeles, CA 90017-1904
  Telephone:  (213) 977-0211
  Facsimile: (213) 481-1554

Attorneys for Plaintiff Robert Burger

/s/ Sandra A. Edwards
James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
  FARELLA BRAUN + MARTEL LLP
  235 Montgomery Street, 17th Floor
  San Francisco, CA  94104
  Telephone:  (415) 954-4400
  Facsimile:  (415) 954-4480

/s/ Martin C. Calhoun
Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
  HOLLINGSWORTH LLP
  1350 I Street, NW
  Washington, D.C. 20005
  Telephone: (202) 898-5800
  Facsimile: (202) 682-1639

Attorneys for Defendant Novartis Pharmaceuticals Corporation

**IT IS SO ORDERED.**

Dated: August 5, 2014

_____
Troy L. Nunley
United States District Judge